No. 87–1877.   HARTENSTINE *v.* SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SAN BERNARDINO, NORTH DESERT

DISTRICT (BLUE CROSS OF SOUTHERN CALIFORNIA ET AL., REAL
PARTIES IN INTEREST). Ct. App. Cal., 4th App. Dist. Certio-
rari denied. JUSTICE WHITE would grant certiorari. JUSTICE
O'CONNOR took no part in the consideration or decision of this
petition.